1 | DANIEL G. BOGDEN
United States Attorney
2 | District of Nevada

3 | BLAINE T. WELSH
Assistant United States Attorney
4 | Nevada Bar. No. 4790
333 Las Vegas Boulevard South, Suite 5000
5 | Las Vegas, Nevada 89101
Phone: (702)388-6336
6 | Facsimile: (702)388-6787
Email: *Blaine.Welsh@usdoj.gov*
7
Attorneys for the United States.
8

9 | **UNITED STATES DISTRICT COURT**

10 | **DISTRICT OF NEVADA**

11

12 | CONSOLIDATED GOLDEN QUAIL      )
RESOURCES, LTD., BEVERLY         )
13 | WIGGLESWORTH, and JAMES WAYNE  )
COLE,                            )
14 |                               )   Case No. 2:13-CV-00494-MMD-PAL
                Petitioners,     )
15 |                               )
        v.                       )
16 |                               )
UNITED STATES OF AMERICA, UNITED )
17 | STATES DEPARTMENT OF INTERIOR, and )
BUREAU OF LAND MANAGEMENT,      )
18 |                               )
                Respondents.     )
19 | _____ )

20 | **MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY**

21 |      Pursuant to LR IA 10-3, the United States of America respectfully requests that this

22 | honorable Court permit Dean K. Dunsmore to practice before this honorable Court in all matters

23 | relating to the above-captioned case.

24 |      Mr. Dunsmore is an attorney with the Department of Justice, Environment & Natural

25 | Resources Division, an agency of the federal government.  Mr. Dunsmore is a member in good

26 | standing of the State Bar of South Dakota (Bar No. 437).

The following contact information is provided to the Court:

Dean K. Dunsmore
Environment & Natural Resources Division
U.S. Department of Justice
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Telephone: 907 271 5452
Facsimile: 907 271 5827
Email: dean.dunsmore@usdoj.gov

Accordingly, the United States respectfully requests that an order be issued allowing Dean K. Dunsmore to practice before this honorable Court.

DATED this 11th day of April 2013.

                                        Respectfully submitted,

                                        DANIEL G. BOGDEN
                                        United States Attorney

                                         */s/ Blaine Welsh*
                                        BLAINE T. WELSH
                                        Assistant United States Attorney

                                        IT IS SO ORDERED:

                                        _____
                                        UNITED STATES DISTRICT JUDGE
                                        ~~UNITED STATES MAGISTRATE JUDGE~~
                                        DATED: April 11, 2013

**PROOF OF SERVICE**

I, Blaine T. Welsh, AUSA, certify the following individual was served with the **MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY** on this date by the below identified method of service:

**CMECF:**

Michael H Singer
Michael H. Singer, LTD
4475 S. Pecos Rd
Las Vegas , NV 89121-
702-454-2111
Fax: 702-454-3333
Email:Dhutchings@mhsingerlaw.Com

DATED this 11th day of April 2013.

                         */s/ Blaine Welsh*
                         BLAINE T. WELSH
                         Assistant United States Attorney