DANIEL G. BOGDEN
United States Attorney
District of Nevada

BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar. No. 4790
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Phone: (702)388-6336
Facsimile: (702)388-6787
Email: *Blaine.Welsh@usdoj.gov*

Attorneys for the United States.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CONSOLIDATED GOLDEN QUAIL RESOURCES, LTD., BEVERLY WIGGLESWORTH, and JAMES WAYNE COLE,<br><br>           Petitioners,<br><br>     v.<br><br>UNITED STATES OF AMERICA, UNITED STATES DEPARTMENT OF INTERIOR, and BUREAU OF LAND MANAGEMENT,<br><br>           Respondents. | Case No. 2:13-CV-00494-MMD-PAL |

### **MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY**

Pursuant to LR IA 10-3, the United States of America respectfully requests that this honorable Court permit Dean K. Dunsmore to practice before this honorable Court in all matters relating to the above-captioned case.

Mr. Dunsmore is an attorney with the Department of Justice, Environment & Natural Resources Division, an agency of the federal government. Mr. Dunsmore is a member in good standing of the State Bar of South Dakota (Bar No. 437).

The following contact information is provided to the Court:

Dean K. Dunsmore
Environment & Natural Resources Division
U.S. Department of Justice
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Telephone: 907 271 5452
Facsimile: 907 271 5827
Email: dean.dunsmore@usdoj.gov

Accordingly, the United States respectfully requests that an order be issued allowing Dean K. Dunsmore to practice before this honorable Court.

DATED this 11th day of April 2013.

    Respectfully submitted,

    DANIEL G. BOGDEN
    United States Attorney

    */s/ Blaine Welsh*
    BLAINE T. WELSH
    Assistant United States Attorney


IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
~~UNITED STATES MAGISTRATE JUDGE~~

DATED: April 11, 2013

**PROOF OF SERVICE**

I, Blaine T. Welsh, AUSA, certify the following individual was served with the **MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY** on this date by the below identified method of service:

**CMECF:**

Michael H Singer
Michael H. Singer, LTD
4475 S. Pecos Rd
Las Vegas , NV 89121-
702-454-2111
Fax: 702-454-3333
Email:Dhutchings@mhsingerlaw.Com

DATED this 11th day of April 2013.

                        */s/ Blaine Welsh*
                        BLAINE T. WELSH
                        Assistant United States Attorney