DANIEL G. BOGDEN
United States Attorney
District of Nevada

BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar. No. 4790
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Phone: (702)388-6336
Facsimile: (702)388-6787
Email: Blaine.Welsh@usdoj.gov

DEAN K. DUNSMORE
Environment & Natural Resources Division
U.S. Department of Justice
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Telephone: 907 271 5452
Facsimile: 907 271 5827
Email: dean.dunsmore@usdoj.gov

Attorneys for the United States.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CONSOLIDATED GOLDEN QUAIL RESOURCES, LTD., BEVERLY WIGGLESWORTH, and JAMES WAYNE COLE,<br><br>　　　　　　Petitioners,<br><br>　v.<br><br>UNITED STATES OF AMERICA, UNITED STATES DEPARTMENT OF INTERIOR, and BUREAU OF LAND MANAGEMENT,<br><br>　　　　　　Respondents. | Case No. 2:13-CV-00494-APG-PAL |

JOINT MOTION TO ESTABLISH SCHEDULE FOR JUDICIAL REVIEW

Plaintiffs Consolidated Golden Quail Resources, Ltd., Beverly Wigglesworth, and James Wayne Cole, and Defendants United States of America, United States Department of the Interior, and the Bureau of Land Management, jointly move for entry of the following order pursuant to LR 16-1(c)(1), that:

This action is filed pursuant to and is governed by the Administrative Procedure Act, 5 U.S.C. §§ 701-706, therefore:

1. Within thirty (30) days defendants shall file with the Court in non-electronic form one copy of the administrative record for the decision in *Consolidated Golden Quail Resources, Ltd., et al.*, (IBLA 2010-47), 179 IBLA 309, 2010 WL 4226885 (I.B.L.A.)(July 19, 2010),

2. Within thirty (30) days of the filing of the administrative record, Plaintiffs shall file any request for supplementation of that record.

3. Within sixty (60) days of the filing of the administrative record, or the final resolution of any request by Plaintiffs for supplementation of that record, Plaintiffs shall file their principal brief, in the form of a motion for summary judgment,

3. Within sixty (60) days of the filing of Plaintiffs' brief, defendants shall file a brief in opposition which will be deemed a cross-motion for summary judgment, and

4. Plaintiffs may file a reply to defendants' opposition no later thirty (30) days after service of defendants' opposition.

5. The Scheduling and Case Management Conference set for September 24, 2013, (Docket No. 26) is cancelled.

In support of the above motion, Plaintiffs and Defendants show:

1. Plaintiffs in this action seek judicial review of the decision in *Consolidated Golden Quail Resources, Ltd., et al. (On Judicial Remand)*, (IBLA 2010-47-1), 183 IBLA 250, 2013 WL 1282050 (I.B.L.A.)(March 14, 2013), that three unpatented mining claims owned by the plaintiffs were forfeited by operation of 30 U.S.C. §28i for failure to pay by September 1, 2009, for assessment year 2010 the annual maintenance fee ($140) required by 30 U.S.C. § 28f for each of the three claims. Plaintiffs and defendants agree that the scope of the Court's review of that decision is governed by 5 U.S.C. §§ 701-706, that no discovery is required in this action, and that it may proceed on a review of the administrative record for the

decision in *Consolidated Golden Quail Resources, Ltd., et al.*, (IBLA 2010-47), 179 IBLA 309, 2010 WL 4226885 (I.B.L.A.)(July 19, 2010).

2. Given the schedule the parties have agreed upon above, there is no necessity for any scheduling and planning conference in this action and the scheduling and planning conference currently scheduled for September 24, 2013 (Docket No. 26) may be cancelled.

DATED this 23 day of September 2013.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

BLAINE T. WELSH
Assistant United States Attorney

/s/ Dean K. Dunsmore
DEAN K. DUNSMORE
Environment & Natural Resources Division
U.S. Department of Justice

Attorneys for the United States

/s/ Michael H. Singer
MICHAEL H. SINGER
Attorney for Plaintiffs


IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE

DATED: September 23, 2013

# PROOF OF SERVICE

I, Dean K. Dunsmore, certify that the following individual was served with the **JOINT MOTION TO ESTABLISH SCHEDULE FOR JUDICIAL REVIEW** on this date by the following method of service"

<u>Electronic Case Filing</u>

Michael H. Singer, Esq.
Michael H. Singer, LTC
4475 S. Pecos Road
Las Vegas, Nevada 89121
702-454-2111          FAX 702-454-3333
msinger@mhsingerlaw.com
dhutchings@mhsingerlaw.com

Attorneys for Consolidated Golden Quail, Ltd.,
Beverly Wigglesworth, and James Wayne Cole

Dated this ____ day of September 2013.

<u>Dean K. Dunsmore</u>
Attorney for the United States