MICHAEL H. SINGER
Nevada Bar No. 1589
MICHAEL H. SINGER, LTD.
4475 South Pecos Road
Las Vegas, Nevada 89121
Telephone: 702 454 2111
Facsimile: 702 454 3333
Email: msinger@mhsingerlaw.com
Attorney for Plaintiffs

DEAN K. DUNSMORE
Environment & Natural Resources Division
U.S. Department of Justice
C/O Office of U.S. Attorney
222 W 7th Avenue #9, Rm 253
Anchorage, Alaska 99513-7567
Telephone: 907 271 5071
Facsimile: 907 271 1505
Email: dean.dunsmore@usdoj.gov

Attorney for the Defendants

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CONSOLIDATED GOLDEN QUAIL RESOURCES, LTD., BEVERLY WIGGLESWORTH, and JAMES WAYNE COLE, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, UNITED STATES DEPARTMENT OF INTERIOR, and BUREAU OF LAND MANAGEMENT, <br><br> Defendants. | Case No. 2:13-CV-00494-APG-PAL <br><br><br> **ORDER** |

IT IS HEREBY OREDRED that the Joint Motion to Dismiss Pursuant to a Settlement Agreement filed by the plaintiffs Consolidated Golden Quail Resources, Ltd., et al., and defendants, United States of America, et al. is granted, and

1

IT IS FURTHER ORDERED THAT the Settlement Agreement attached as Exhibit B to the Joint Motion to Dismiss Pursuant to a Settlement Agreement is approved and this action is pursuant to that Settlement Agreement dismissed with prejudice.

Dated:  March 13, 2014.

_____
UNITED STATES DISTRICT JUDGE